IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:05-CV-264-K

| | |
|---|---|
| DECISION ONE MORTGAGE COMPANY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ACCESS LENDING CORPORATION and DAVID FLEIG, <br><br> Defendants. | **CONSENT ORDER** |

THIS MATTER having come on for hearing before the undersigned for the entry of this Consent Order extending the time for Defendants Access Lending Corporation and David Fleig to file pleadings responsive to the Complaint and for Plaintiff to respond to any responsive filings by Defendants; the Court, having considered the consent of the parties, as evidenced by the signature of their attorneys below and the execution of a Waiver of Service of Summons by or on behalf of David Fleig, hereby finds and concludes that good cause exists for the entry of this Order.

NOW, THEREFORE, IT IS HEREBY ADJUDGED, DECREED AND ORDERED AS FOLLOWS:

1. Defendants David Fleig and Access Lending Corporation shall have up to and including August 25, 2005 within which to Answer the Complaint.

2. Plaintiff shall have up to and including September 24, 2005 or 30 days from the date of Defendants' filings, whichever is later, within which to respond to the filings of Defendants.

90300765_1

This 29th day of June, 2005.

_____
The Honorable David C. Keesler
United States Magistrate Judge

WE CONSENT:

_____
Christopher A. Hicks
*Attorney for Decision One Mortgage Company, LLC*
N.C. State Bar No. 26882

_____
David B. Hamilton
*Attorney for Access Lending Corporation and David Fleig*
N.C. State Bar No. 7771

CHLT 113674v.1